# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GENE STANDRIDGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00166-ADA-SAB<br><br>ORDER AMENDING SCHEDULING ORDER<br><br>(ECF No. 6) |

On April 21, 2023, a scheduling order issued in this action. (ECF No. 6.) While the scheduling order correctly reflects the correct deadline for pre-certification discovery of February 29, 2024, in two portions of the scheduling order, the scheduling order refers to an incorrect date for pre-certification discovery in the section pertaining to non-dispositive motions. (ECF No. 6 at 1:12, 3:2-3, 3:25-26.)

Accordingly, IT IS HEREBY ORDERED that the April 21, 2023 scheduling order, docket entry number 6, is amended at page 3 lines 25-26, to read: "As noted, all pre-certification discovery, including motions to compel, shall be completed no later than **February 29, 2024.**"

IT IS SO ORDERED.

Dated:　**April 27, 2023**　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1