# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GENE STANDRIDGE, individually and on behalf of himself and all others similarly situated,<br>　　　　Plaintiff,<br>　v.<br><br>UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation, and DOES 1-50, inclusive,<br>　　　　Defendants. | Case No.  1:23-CV-00166-DJC-JDP<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**<br><br>**[FRCP RULE 41(a)(1)(A)(ii)]** |

# ORDER

The matter came before the Court on the Stipulation of Voluntary Dismissal filed by the Parties. Good cause appearing therefor, the Court GRANTS the stipulation and dismisses the entire action with prejudice, including all individual and class claims with prejudice as a consequence of the Joint Stipulation of Class Action and PAGA Settlement and Release ("Class and PAGA Settlement") finally approved in *Wallen, et al. v. United Rentals (North America), et al.,* Superior Court of the State of California, County of Stanislaus Case No. CV-22-000399.

**IT IS SO ORDERED**.

Dated:  October 3, 2024        /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE